UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| | : |
| GA MODEFINE, | : |
| | : |
| Plaintiff, | : Court Nos. 07-00374, 08-00016, |
| | : 08-00187, 08-00417, 09-00172, |
| v. | : 09-00450, 10-00124, 10-00228 |
| | : 11-00026 |
| UNITED STATES, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Jamie Shookman has been substituted as attorney

of record for the United States in this action, replacing Peter Mancuso, and she requests

that all papers in connection therewith be referred to her attention.  Mr. Mancuso may be

removed as an attorney of record in this matter.


DATED: January 12, 2023                    Respectfully submitted,

                                           BRIAN M. BOYNTON
                                           Principal Deputy Assistant Attorney General

                                           PATRICIA M. McCARTHY
                                           Director

                                           /s/ Justin R. Miller
                             By:           Justin R. Miller
                                           Attorney-In-Charge
                                           International Trade Field Office

                                           /s/ Jamie L. Shookman
                                           Jamie L. Shookman
                                           Trial Attorney
                                           Department of Justice, Civil Division
                                           Commercial Litigation Branch
                                           26 Federal Plaza – Suite 346
                                           New York, New York 10278

2

(212) 264-2107
Attorneys for Defendant